# Morgan Lewis

**Christopher A. Parlo**
Partner
+1.212.309.6062
chris.parlo@morganlewis.com

February 21, 2018

**VIA ECF**

Hon. Ronnie Abrams, District Judge
United States District Court, Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *McLaughlin v. Macquarie Capital Inc. et al*
    Civil Action No. 1:17-cv-09023-RA

Dear Judge Abrams:

We represent Defendant Robert Ansell ("Mr. Ansell") in the above-referenced matter.  We write pursuant to Your Honor's Individual Rules and Practices to request a thirty (30) day extension of time to answer, move, or otherwise plead in response to Plaintiff Khristina McLaughlin's Complaint.  Mr. Ansell's current deadline to respond to the Complaint is Thursday February 22, 2018, and Mr. Ansell respectfully requests that this deadline be extended until Monday, March 26, 2018.  This is Mr. Ansell's second request for an extension and this request does not affect any other scheduled dates in this matter.  Plaintiff's counsel consents to Mr. Ansell's request.

We thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Christopher A. Parlo*
Christopher A. Parlo

c:      All counsel of record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060      ☎ +1.212.309.6000
United States                F +1.212.309.6001