UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/27/2020
```

KHRISTINA MCLAUGHLIN,

                Plaintiff,

v.

MACQUARIE CAPITAL (USA) INC.,

                Defendant.

No. 17-CV-9023 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 7, 2018, the Court granted Defendant's motion to compel arbitration and stayed the proceedings. On November 15, 2019, the parties wrote to the Court that the arbitration hearing concluded on May 16, 2019, with the arbitrator ruling in favor of Defendant. The parties stated that "[t]he only issue remaining for the Arbitrator to decide is the amount of attorneys' fees and costs that McLaughlin must pay to Macquarie," which they hoped would be resolved shortly after briefing concluded in early December, at which point Defendant "anticipate[d] filing a motion to confirm with the Court." Dkt. 59. To date, however, the Court has not received Defendant's motion to confirm the arbitral award nor an update on the status of the arbitration. No later than **May 1, 2020**, the parties shall update the Court on the status of the arbitration and, if arbitration has concluded, when Defendant intends to file its motion to confirm the arbitral award.

SO ORDERED.

Dated:    April 27, 2020
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge