

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 15, 2020

Lloyd B. Chinn
Member of the Firm
d +1.212.969.3341
f 212.969.2900
lchinn@proskauer.com
www.proskauer.com

**BY ECF**

The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   <u>McLaughlin v. Macquarie Capital (U.S.A.) Inc., et al., No. 1:17-cv-09023</u>

Dear Judge Abrams:

We represent Defendant Macquarie Capital (U.S.A.) Inc. ("Macquarie") in the above-referenced matter and write to provide an update as to Macquarie's forthcoming petition to confirm the arbitration award.

Although Macquarie's petition is ready for submission, in accordance with the Court's Individual Practices and prior rulings in this case we are in the process of meeting and conferring with Plaintiff Khristina McLaughlin's counsel, Douglas McGill of Webber McGill LLC, as to whether Plaintiff intends to move to seal or redact any of the material included in Macquarie's petition and accompanying exhibits.  Macquarie anticipates filing its petition early next week.

Respectfully submitted,


/s/ Lloyd B. Chinn


cc:   Douglas J. McGill, Esq.
      Webber McGill LLC
      760 Route 10, Suite 104
      Whippany, NJ 07981
      Counsel for Khristina McLaughlin