UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
KHRISTINA MCLAUGHLIN, :
:
                         Plaintiff, :     Case No.: 1:17-cv-09023-RA
:
          - against - :     **ECF Case**
:
MACQUARIE CAPITAL (U.S.A.) INC., and :
ROBERT ANSELL, :
:
                        Defendants. :
------------------------------------------------------------- X
MACQUARIE HOLDINGS (U.S.A.), INC. :
:
                        Petitioner, :
:
          - against - :
:
KHRISTINA MCLAUGHLIN, :
:
                        Respondent. :
------------------------------------------------------------- x

## NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD

     PLEASE TAKE NOTICE that, upon the Petition to Confirm Arbitration Award, dated May 22, 2020, the accompanying Declaration of Lloyd B. Chinn in Support of the Petition to Confirm Arbitration Award and, dated May 22, 2020, and the exhibits attached thereto, and all other pleadings and filings in this proceeding, Petitioner Macquarie Holdings (U.S.A.), Inc. will petition this Court at the United States Courthouse, 40 Foley Square, New York, New York, on a date to be determined by the Court, for an order pursuant to 9 U.S.C. §§ 9 and 13 confirming the Arbitration Award issued on February 5, 2020 by William L. Kandel; and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
May 22, 2020

                                PROSKAUER ROSE LLP

                                By: */s/ Lloyd B. Chinn*
                                    Lloyd B. Chinn, Esq.

                                Lloyd B. Chinn, Esq.
                                Rachel S. Fischer, Esq.
                                Eleven Times Square
                                New York, NY  10036
                                212.969.3341
                                212.969.2900 (fax)
                                lchinn@proskauer.com
                                rfischer@proskauer.com
                                *Attorneys for Petitioner*
                                *Macquarie Holdings (USA), Inc.*