# Exhibit B

**From:** Jonathan Sack jsack1@gmail.com
**Subject:** Fwd: Macquarie/McLaughlin
**Date:** November 17, 2017 at 2:10 PM
**To:** KA McLaughlin mclaughlink@me.com, Eric Stern estern@sackandsack.com, Alex Seidenberg aseidenberg@sackandsack.com, Michael Mui mmui@sackandsack.com, Jane Albertson jane@sackandsack.com

Jonathan Sack, Esq.
Sack & Sack
70 East 55th Street, 10th Floor
New York, NY 10022
Tel: 212-702-9000
Direct: 212-224-0660
Fax: 212-702-9702
Cell: 917-754-9000
Email: jsack@sackandsack.com

---------- Forwarded message ----------
From: **Jonathan Sack** <jsack1@gmail.com>
Date: Fri, Nov 17, 2017 at 1:01 PM
Subject: Fwd: Macquarie/McLaughlin
To: "Eric R. Stern" <estern@sackandsack.com>, Jane Albertson <jane@sackandsack.com>, Michael Mui <mmui@sackandsack.com>

---------- Forwarded message ----------
From: Chinn, Lloyd B. <LChinn@proskauer.com>
Date: Fri, Nov 17, 2017 at 12:55 PM
Subject: Macquarie/McLaughlin
To: Jonathan Sack (jsack1@gmail.com) <jsack1@gmail.com>, jsack@sackandsack.com <jsack@sackandsack.com>

Pls see the attached letter and attachment.

I also attach a letter that I sent to you late afternoon yesterday, as I included only your gmail address.

Lloyd

**Lloyd B. Chinn**
Member of the Firm

**Proskauer**
Eleven Times Square
New York, NY 10036-8299
d 212.969.3341
f 212.969.2900
lchinn@proskauer.com

greenspaces
Please consider the environment before printing this email.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--
Jonathan Sack, Esq. Sack & Sack, LLP 70 East 55th Street, 10th Floor New York, NY 10022 Tel: 212-702-9000 Cell: 917-754-9000 jsack@sackandsack.com



**Proskauer**  Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

November 17, 2017

Lloyd B. Chinn
Member of the Firm
d +1.212.969.3341
f 212.969.2900
lchinn@proskauer.com
www.proskauer.com

Via Email
Jonathan Sack, Esq.
Sack 4, Sack
70 East 55 Street
New York, NY 10022

Re:   McLaughlin vs. Macquarie Capital (USA) Inc.

Dear Jonathan:

As you have on several occasions referred to your client's intention to pursue claims against Macquarie in court, I attach for you a copy of her employment agreement. Please note that "Annex A" to the agreement is an Arbitration Agreement, which provides in relevant part the following:

> As a condition of your employment at Macquarie, you agree that any controversy or claim arising out of or relating to your employment relationship with Macquarie, the terms and conditions of your employment or the termination thereof must be submitted for final and binding resolution by a private and impartial arbitrator, to be jointly selected by you and Macquarie.
>
> Annex A, p. 11.

Annex A also provides that "the arbitration shall be strictly confidential." Annex A. p. 12, (emphasis added).

Although I advised you of this provision during our first conversation on this matter, I wanted to make sure you had a copy of it.

Very truly yours,

Lloyd B. Chinn

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC

  

1~Khristina McLau...nt.PDF    20171116181332.pdf