UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHRISTINA MCLAUGHLIN,

                Plaintiff,

         v.

MACQUARIE CAPITAL (USA) INC.,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  9-14-20

17-CV-9023 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On May 22, 2020, Defendant submitted a motion to file its Petition to Confirm the Arbitration Award under seal.  The Court orally denied that motion during a June 29, 2020 proceeding.  The Clerk of Court is thus respectfully directed to terminate the pending motion at Dkt. 65.

SO ORDERED.

Dated:    September 14, 2020
            New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge