UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MACQUARIE HOLDINGS (U.S.A.), INC.,
                      Petitioner,

           -against-

KHRISTINA MCLAUGHLIN,
                      Respondent.
------------------------------------------------------------X

17 CIVIL 9023 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 19, 2020, the petition to confirm the arbitration award is granted. Judgment is entered in the amount of $69,419.50 in attorney's fees, with an additional $60,000 in sanctions; accordingly, the case is closed.

**Dated**: New York, New York
           November 19, 2020

                                         **RUBY J. KRAJICK**
                                             Clerk of Court
                           BY:
                                             Deputy Clerk